1  THE KARLIN LAW FIRM LLP
2  L. Scott Karlin (SBN 90605)
   Rex T. Reeves (SBN 136842)
3  David E. Karlin (SBN 275905)
4  13522 Newport Avenue, Suite 201
   Tustin, California 92780
5  Telephone: (714) 731-3283
6  Facsimile: (714) 731-5741
7  lsk@karlinlaw.com; rex@karlinlaw.com;
   david@karlinlaw.com
8
9  Attorneys for Defendant
   GRAND RIVER APARTMENTS, LLC
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual,** | Case No. 2:23-cv-04242-MCS-MAA |
|---|---|
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT OF THE CASE IN ITS ENTIRETY** |
| v. | |
| **GRAND RIVER APARTMENTS, LLC; AND DOES 1 THROUGH 10, Inclusive,** | |
| Defendants. | |

Notice is hereby given that Plaintiffs United African-Asian Abilities Club, on behalf of itself and its members; James Lee, an individual ("Plaintiffs") and Defendant Grand River Apartments, LLC ("Defendant") (collectively referred to herein as

1

"Parties"), have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiffs to file dispositional documents in order to afford Parties time to complete settlement.

DATED: 8/16/2023     **LIGHTNING LAW, APC**

By: */s/ David C. Wakefield*
  David C. Wakefield
  Attorney for Plaintiffs

DATED: 8/16/2023     **THE KARLIN LAW FIRM LLP**

By: */s/ L. Scott Karlin*
  L. Scott Karlin
  Attorney for Defendant

**SIGNATURE ATTESTATION**

I, L. Scott Karlin, hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

*/s/ L. Scott Karlin*